UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN CIDA,

      Plaintiff,

vs.

BONNIE LEE, M.D., et al.,

      Defendants.

No. 2:13-cv-2289 MCE KJN P

**AMENDED**

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Adrian Cida, inmate #P-63323, a necessary and material witness in proceedings in this case on July 26, 2017, is confined in High Desert State Prison, P.O. Box 3030, Susanville, CA 96127-3030, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before U.S. Magistrate Deborah Barnes, to appear **by video-conferencing at High Desert State Prison,** on July 26, 2017, at 10:00 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify **by video-conferencing** before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison, P.O. Box 750, Susanville, CA 96127-0750:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above **by video-conferencing**, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 19, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cida2289.841vc