UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CIDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONNIE LEE, M.D., et al.,<br><br>　　　　Defendants. | No. 2:13-cv-2289 MCE KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an opposition to the pending motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 45) is granted; and

2. Plaintiff is granted up to and including February 11, 2018, in which to file an opposition to the pending motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: January 10, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cida2289.36