UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN CIDA,<br><br>        Plaintiff,<br><br>    v.<br><br>BONNIE LEE, M.D., et al.,<br><br>        Defendants. | No. 2:13-cv-2289 MCE KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On January 16, 2018, defendants filed a motion to modify the scheduling order to extend the deadline for discovery and dispositive motions, due to the pendency of defendants' motion for summary judgment alleging plaintiff failed to exhaust his administrative remedies. Defendants request extension of the discovery deadline nunc pro tunc because the discovery deadline expired on December 29, 2017.

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Defendants have demonstrated good cause and diligence to extend the discovery and dispositive motions deadlines. Defendants' motion is granted. If defendants' motion for summary judgment on the issue of exhaustion is denied, the court will issue a revised scheduling order to provide new deadlines for discovery and dispositive motions on the merits.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 47) is granted;

2. The discovery and dispositive motions deadlines set in the September 8, 2017 scheduling order (ECF No. 43) are vacated; and

3. The court will issue a revised scheduling order, if appropriate, following resolution of the pending motion for summary judgment.

Dated: January 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/cida2289.16b